918

No. 902. HECLA MINING CO. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Valentine Brookes* and *Paul E. Anderson* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Lee A. Jackson* and *Harry Marselli* for the United States.

No. 912. PAWNEE INDIAN TRIBE OF OKLAHOMA *v.* UNITED STATES. Court of Claims. Certiorari denied. *John M. Wheeler* and *John Wheeler, Jr.* for petitioner. *Solicitor General Cox, Roger P. Marquis, Ralph A. Barney* and *Hugh Nugent* for the United States.

No. 915. FLORES *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Hume Cofer* and *John D. Cofer* for petitioner.

No. 916. IN RE MAGNUS ET AL. C. A. 2d Cir. Certiorari denied. *Boris Kostelanetz* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for the United States.

No. 919. GONDECK *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL. C. A. 5th Cir. Certiorari denied. *Arthur Roth* and *Norman Miller* for petitioner. *Leo M. Alpert* for respondents.

No. 929. ELLIS RESEARCH LABORATORIES, INC., ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles B. Cannon* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *William W. Goodrich* for the United States.